# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————

## No. 201700212

———————————

## UNITED STATES OF AMERICA
Appellee

v.

## KURT F. SAAVEDRA
Airman (E-3), U.S. Navy
Appellant

———————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Heather Partridge, JAGC, USN.
Convening Authority: Commanding Officer, Strike Fighter Squadron
EIGHT THREE, Virginia Beach, VA.
For Appellant: Lieutenant Jacqueline M. Leonard, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————

Decided 16 November 2017

———————————

Before MARKS, WOODARD, and KOVAC, *Appellate Military Judges*

———————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court